# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| TODD GOLDBECK, | Case No. 21-CV-1054 (NEB/KMM) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| BRYAN BIRKHOLZ, *Warden*, | |
| Respondent. | |

The Court has received the May 13, 2021 Report and Recommendation of United States Magistrate Judge Katherine M. Menendez. (ECF No. 10.) No party has objected to that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 10) is ACCEPTED; and
2. Goldbeck's Petition (ECF No. 1) is DISMISSED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: June 29, 2021

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge